IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM HAROLD GEORGE COLES,
    Petitioner,

v.

CASE NO. 2:09-CV-1176
JUDGE GRAHAM
MAGISTRATE JUDGE KING

STATE OF OHIO,
    Respondent.

## ORDER

On January 6, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. Petitioner was advised of his right to object to the *Report and Recommendation* and of the consequences of his failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT**.

        s/ James L. Graham
        James L. Graham
        United States District Judge